FILED
3/18/19 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : BANKRUPTCY NO. 19-10234TPA |
| MICHAEL GEORGE PERRY, JR., Debtor | : THE HON. THOMAS P. AGRESTI |
| | : CHAPTER 13 |
| MICHAEL GEORGE PERRY, JR., Movant | : DOCUMENT NO. 7 |
| v. | : |
| NO RESPONDENT | : |

## ORDER

AND NOW, to-wit, this 18th day of March, 2019, upon consideration of the Motion for Extension of Time for Filing of Schedules, Statements and Lists Under Chapter 13 of the Bankruptcy Code and Chapter 13 plan filed by the Debtor, Michael George Perry, Jr., it is hereby ORDERED, ADJUDGED and DECREED that the Debtor is granted an extension of time of fifteen (15) days until April 2, 2019, to file his completed lists, schedules and statement of financial affairs and Chapter 13 plan. No further extensions will be granted.

_____
The Honorable Thomas P. Agresti  ljm
United States Bankruptcy Judge

#1196621

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael George Perry, Jr.  
      Debtor

Case No. 19-10234-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Mar 18, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
db        #+Michael George Perry, Jr.,    1140 Robison Road West,    Erie, PA 16509-4942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:
            Michael S. Jan Janin    on behalf of Debtor Michael George Perry, Jr. mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                               TOTAL: 3