IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 19-10234TPA |
| MICHAEL GEORGE PERRY, JR., | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| | : CHAPTER 13 |
| | : |

## EMPLOYEE INCOME RECORD

Please find attached proof of Debtor's income.

                Respectfully submitted,

                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                BY:   /s/Michael S. JanJanin
                        Michael S. Jan Janin, Esquire
                        PA Id. No. 38880
                        2222 West Grandview Boulevard
                        Erie, Pennsylvania  16506-4508
                        Telephone: 814-833-2222, Ext. 1045
                        Facsimile: 814-833-6753
                        mjanjanin@quinnfirm.com
                        Counsel for Debtor(s)

#1195941

# ✻RIGUP

RUSCO Operating, LLC
98 San Jacinto Blvd #550
Austin, TX 78701

March 25, 2019
Subject: Michael Perry

To Whom It May Concern,

Please accept this letter as verification that Michael Perry is a 1099 independent contractor billing through RUSCO Operating, LLC (a wholly-owned subsidiary of RigUp, Inc.) as a MWD Engineer. Michael Perry's 2019 YTD payments are as follows:

| Date | Amount |
| --- | --- |
| 1/29/2019 | $5,129.37 |
| 2/4/2019 | $3,911.25 |
| 2/4/2019 | $1,551.87 |
| 2/15/2019 | $2,544.37 |
| 2/15/2019 | $2,335.00 |
| 2/22/2019 | $3,936.25 |
| 3/1/2019 | $1,526.87 |
| 3/8/2019 | $2,694.37 |
| 3/15/2019 | $3,841.35 |
| 3/22/2019 | $1,506.87 |
| **YTD** | **$28 977.57** |

Please let me know if you have any additional needs.

Regards,

*[signature]*

**Leyna Quach**
Operations Manager
(512) 501-5452 ext. 706
leyna@rigup.com