IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) CASE NO. 19-10234(TPA) |
| | ) |
| MICHAEL GEORGE PERRY, JR., | ) |
| Debtor | ) CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter our appearance on behalf of Tendto Credit Union, f/k/a Erie Community Credit Union in the above-captioned bankruptcy proceedings. I request that copies of all notices filed be sent to the undersigned, and that the name and address of the undersigned be added to the mailing matrix.

*/s/ Nicholas R. Pagliari*
Nicholas R. Pagliari
Pa. Supreme Court ID No. 87877
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7754
FAX (814) 454-4647
npagliari@mijb.com

Attorney for Tendto Credit Union,
  f/k/a Erie Community Credit Union

Dated: April 12, 2019

#1608385

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 19-10234(TPA) |
| | ) | |
| MICHAEL GEORGE PERRY, JR., | ) | |
|     Debtor | ) | CHAPTER 13 |

**DECLARATION IN LIEU OF AFFIDAVIT**
**Regarding Request to be Added to the Mailing Matrix**

    I am the attorney for Tendto Credit Union, f/k/a Erie Community Credit Union, a creditor in the above-captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

*Please check the appropriate box*

    ☒    that there are no other requests to receive notices on behalf of this creditor, or

    ☐    that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

    Creditor's Name

    Creditor's Address

    City, State, ZIP

    I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2019.

                                          */s/ Nicholas R. Pagliari*
                                          Nicholas R. Pagliari
                                          Attorney for Tendto Credit Union,
                                              f/k/a Erie Community Credit Union
                                          Pa. Supreme Court ID No. 87877

#1608385