UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10234(TPA) |
| | : | |
| MICHAEL GEORGE PERRY, JR., | : | |
| | : | |
|    Debtor. | : | CHAPTER 13 |
| _____ | : | |
| TENDTO CREDIT UNION f/k/a Erie | : | |
| Community Credit Union, | : | Related to Docket No. 17 |
| | : | |
|    Movant, | : | Hearing Date & Time: |
| | : | May 21, 2019 at 11:00 a.m. |
| v. | : | |
| | : | Response Deadline: |
| MICHAEL GEORGE PERRY, JR. and | : | May 14, 2019 |
| RONDA J. WINNECOUR, Chapter 13 | : | |
| Trustee, | : | |
| | : | |
|    Respondents. | : | JUDGE AGRESTI |
| _____ | | |

**AMENDED CERTIFICATE OF SERVICE OF**
**OBJECTION TO CHAPTER 13 PLAN DATED MARCH 28, 2019**

     I certify under penalty of perjury that I served the above-captioned pleading on the parties

at the addresses specified below or on the attached list on April 16, 2019.  The type of service

made on the parties was first class mail and electronic filing.

     If more than one method of service was employed, this certificate of service groups the

parties by the type of service.

**SERVICE BY FIRST CLASS MAIL:**

Michael George Perry, Jr.
1140 Robison Road West
Erie, PA 16509
Debtor

**SERVICE BY ELECTRONIC FILING:**

Michael S. Jan Janin, Esq.
Quinn Buseck Leemhuis Toohey &
Kroto Inc.
2222 West Grandview Boulevard
Erie, PA  16506-4508
Counsel for Debtor
**(via e-filing only to
mjanjanin@quinnfirm.com)**

Joseph S. Sisca, Esq.
Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**(via e-filing only to
ustpregion03.pi.ecf@usdoj.gov)**

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee
**(via e-filing only to
cmecf@chapter13trusteewdpa.com)**

*/s/ Nicholas R. Pagliari*
Nicholas R. Pagliari
Pa. Supreme Court ID No. 87877
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Tel: (814) 870-7754
Fax: (814) 454-4647
Email: npagliari@mijb.com

Attorneys for Tendto Credit Union,
  f/k/a Erie Community Credit Union

Executed on:  April 16, 2019

- 2 -