**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 19-10234TPA |
| | : | |
| MICHAEL GEORGE PERRY, JR., | : | THE HON. THOMAS P. AGRESTI |
| Debtor | : | |
| | : | CHAPTER 13 |
| MICHAEL GEORGE PERRY, JR., | : | |
| Movant | : | DOCUMENT NO. |
| | : | |
| v. | : | DATE & TIME OF HEARING: |
| | : | Wednesday, May 15, 2019 at 9:30 a.m. |
| NO RESPONDENT | : | |
| | : | RESPONSE DEADLINE: |
| | : | April 29, 2019 |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION TO EMPLOY SPECIAL COUNSEL (Document No. 23)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application to Employ Special Counsel filed April 11, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than April 29, 2019.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: April 30, 2019

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

        BY:   /s/Michael S. JanJanin
            Michael S. JanJanin, Esquire
            PA Id. No. 38880
            The Quinn Law Firm
            2222 West Grandview Boulevard
            Erie, Pennsylvania 16506-4508
            Telephone: 814-833-2222
            Facsimile: 814-833-6753
            E-Mail: mjanjanin@quinnfirm.com
            Counsel for Debtor

#1202898