FILED
5/14/19 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-10234-TPA |
| MICHAEL G. PERRY, | : | |
| | : | CHAPTER NO. 13 |
| DEBTOR | : | |
| | : | DOCUMENT NO. 36 |
| JOHN C. MELARAGNO, TRUSTEE | : | |
| MOVANT | : | |
| | : | |
| V. | : | |
| MICHAEL G. PERRY, | : | |
| MICHAEL CAMESI, | : | |
| GREGORY D. PAMULA & | : | |
| STEPHANIE A. PERRY | : | |
| RESPONDENTS | : | |

## CONSENT ORDER

AND NOW, comes John C. Melaragno, Esquire, Chapter 7 Trustee of the Estate of Stephanie A. Perry (hereinafter "Chapter 7 Trustee") by and through his attorneys, Melaragno, Placidi & Parini and Michael George Perry, Jr., by and through his attorneys, Quinn, Buseck, Leemhuis, Toohey & Kroto, and Gregory D. Pamula by and through his attorney, Michael J. Graml, Esquire and Michael Camesi by and through his attorneys, Conner, Riley, Friedman & Weichler, and the Chapter 13 Trustee, Ronda J. Winnecour, Esquire (hereinafter "Chapter 13 Trustee") and upon consent of the Chapter 7 Trustee and the Chapter 13 Trustee and counsel for Michael George Perry, Jr. and Gregory D. Pamula and Michael Camesi, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Stephanie A. Perry and Michael George Perry, Jr. (who is involved in his own Chapter 13 Bankruptcy filed in the United States Bankruptcy Court for the Western District of Pennsylvania, Erie Division, at Case No. 19-10234TPA) are both granted relief from the automatic stay in order to proceed with the divorce action filed by Stephanie Perry v.

#1201084

Michael Perry in the Court of Common Pleas of Erie County Pennsylvania at No. 10307-2016.

2. Divorce counsel for Stephanie A. Perry (Gregory D. Heidt, Esquire) and Michael George Perry, Jr. (James L. Moran, Esquire) shall make a concerted effort to resolve the pending divorce action within a reasonable period of time. Otherwise, the Court will entertain the appointment of a Court approved mediator.

3. The Chapter 7 Trustee and Michael George Perry, Jr. agree that the liquor license and other personal property owned by Perry and Pamula, Inc. shall be sold by Michael Camesi pursuant to the stock pledge in order to satisfy his debt in approximately $66,872.27. Camesi has found a buyer, Kulwant Lakhman who has agreed to purchase the liquor license for $60,000.00. All parties agree that this sum constitutes a reasonable sale price for the liquor license and consent to the sale to Lakhman. In the event that the sale to Lakhman is not consummated, then the license shall be marketed on the open market and shall be sold in an arms-length transaction for the highest and best offer. Any proposed sale shall is contingent on the the consent of the Chapter 7 Trustee, John C. Melaragno., which consent shall not be unreasonably withheld. Any fines owed by Perry and Pamula, Inc. in connection with the liquor license shall be deducted from the net proceeds attributable to Michael Perry, since said fines were incurred during his operation of the facility.

4. Any excess net proceeds from the sale of the liquor license and the personal property of Perry and Pamula, Inc. shall be held in escrow by domestic counsel for Stephanie Perry, Gregory Heidt, Esq., pending the resolution of the entirety of the equitable distribution claim.

#1201084

5. In the event that the proceeds from the sale of the liquor license and personal property of Perry and Pamula, Inc. are sufficient to pay the claim of Michael Camesi in full, in then, and in that event, Michael Camesi shall satisfy his mortgage dated May 21, 2013 and recorded on May 22, 2013 at Erie County Instrument Number 2013-012647 in the face amount of $120,000.00 which constitutes a mortgage on the real estate located at 430-432 Cascade Street, Erie, Pennsylvania 16507.  In addition, Michael Camesi shall satisfy the Judgment which he entered against Michael George Perry, Jr. and Gregory D. Pamula in the Court of Common Pleas of Erie County Pennsylvania at No.  10870-2019. In addition, Michael Camesi shall file an amended Proof of Claim in the Chapter 13 Bankruptcy filed by Michael George Perry, Jr. in the United States Bankruptcy Court for the Western District of Pennsylvania, Erie Division, at Case No.  19-10234TPA to reflect that the claim has been paid in full within twenty (20) day of receipt of the proceeds from the sale of the liquor license and other personal property.

6. In the event that the proceeds from the sale of the liquor license and other personal property owned by Perry and Pamula, Inc. are insufficient to pay the claim of Michael Camesi, then, and in that event, Michael Camesi shall be entitled to a secured claim for the remaining balance owed and said claim shall be paid in full at the time of the sale of the real estate located at 430-432 Cascade Street, Erie, Pennsylvania 16507.  In the event that the claim is not paid in full from the sale of the liquor license and other personal property owned by Perry and Pamula, Inc., Michael Camesi shall file an _amended_ secured claim in the Chapter 13 Bankruptcy filed by Michael George Perry, Jr.  in the United States State Bankruptcy Court for the Western District of Pennsylvania, Erie Division, at Case No.  19-10234TPA for the balance due on the mortgage within twenty

#1201084

(20) days of the date of the receipt of the proceeds from the sale of the liquor license and other personal property.

7. The Chapter 7 Trustee and Gregory D. Pamula and Michael George Perry, Jr. agree that the liquor license and other personal property of Perry and Pamula, Inc. may be sold prior to the sale of the real estate located at 430-432 Cascade Street, Erie, Pennsylvania.

8. The real estate located at 430-432 Cascade Street, Erie, Pennsylvania which is owned by Michael George Perry, Jr. and Gregory Pamula shall be sold. The net proceeds from the sale of the real estate located at 430-432 Cascade Street, Erie, Pennsylvania shall be divided so that Gregory D. Pamula receives one-half (1/2) of the proceeds and the remaining one-half (1/2) of the net sale proceeds shall be held in escrow by domestic counsel for Stephanie Perry, Gregory Heidt, Esq., pending the resolution of the entirety of the equitable distribution claim.

9. Michael Camesi is granted relief from stay in order to sell the liquor license and personal property of Perry and Pamula, Inc.

10. Michael George Perry, Jr. has filed an Application for Leave to Employ Realtor which is pending at this time.

11. In the unlikely event that the real estate located at 430-432 Cascade Street, Erie, Pennsylvania is sold prior to the time that the liquor license and other personal property owned by Perry and Pamula, Inc. is sold, then, and in that event, the net proceeds from the sale of the liquor license and other personal property owned by Perry and Pamula, Inc. shall be distributed so that Gregory D. Pamula receives one-half (1/2) of the net proceeds and the remaining one-half (1/2) of the net sale proceeds shall be held in escrow by domestic counsel for Stephanie Perry, Gregory Heidt, Esq., pending the resolution of the entirety of the equitable distribution claim.

#1201084

Dated: May 14, 2019

BY THE COURT:

_____
Honorable Thomas P. Agresti    jlm
United States Bankruptcy Judge

**Consented to:**

**MELARAGNO, PLACIDI & PARINI**
By:    /s/ John C. Melaragno
    John C. Melaragno, Esquire
    Pa I.D. No. 80207
    502 West 7th Street
    Erie, PA 16502
    Phone: (814)459-5557
    Fax: (814)459-6778
    **Email:** johnm@mplegal.com
    Chapter 7 Trustee

**QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.**
By: /s/ Michael S. Jan Janin
    Michael S. Jan Janin, Esq.
    Pa. I.D. No. 38880
    2222 West Grandview Boulevard
    Erie, PA 16506-4508
    Phone: (814) 833-2222, Ext. 1045
    Phone: (814) 314-1051 (Direct)
    Fax: (814) 833-6753
    Email: mjanjanin@quinnfirm.com
    Attorneys for, Michael
    George Perry, Jr.

**MICHAEL J. GRAML, ESQUIRE**
By:    /s/Michael J. Graml
    Michael J. Graml, Esquire
    Pa. I.D. No. 50220
    714 Sassafras Street
    Erie, PA 16501
    Attorney for, Gregory D. Pamula
    **Email:** mattorney@neo.rr.com

**CONNER, RILEY, FRIEDMAN & WEICHLER**
By:    /s/ Philip B. Friedman
    Philip B. Friedman, Esquire
    17 West 10th Street
    Erie, PA 16501
    Phone: (814)453-3343, ext. 237
    Fax: (814)454-6713
    Attorney for Michael Camesi
    **Email:** pfriedman@crfwlaw.com

**OFFICE OF THE CHAPTER 13 TRUSTEE**

By: /s/ Jana Pail
    Jana Pail, Esq.
    3250 USX Tower
    600 Grant Street
    Pittsburgh, PA 15219
    Phone: (412) 471-5566
    **Email: jpail@chapter13trusteewdpa.com**

#1201084

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-10234-TPA
Michael George Perry, Jr.                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy                  Page 1 of 1              Date Rcvd: May 15, 2019
                               Form ID: pdf900             Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Michael George Perry, Jr.,    1140 Robison Road West,    Erie, PA 16509-4942
               +Jana Pail, Esq.,   Ronda J.  Winnecour, Ch. 13 Trustee,    3250 U.S. Steel Tower,
                 600 Grant Street,    Pittsburgh, PA 15219-2702
15010064       +Gregory D. Pamula,    1101 Hillborn Avenue,    Erie, PA 16505-4141
15010065       +Gregory L. Heidt, Esquire,    150 East Eighth Street,    Suite 1,   Erie, PA 16501-1270
15025730       +Michael Camesi,    c/o Philip Friedman, Esq.,    17 W. 10th St.,   Erie, PA 16501-1401
15024967       +Stephanie A. Perry,    1129 Brown Avenue,    2nd Floor,   Erie, PA 16502-2322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    on behalf of Interested Party John C. Melaragno, Trustee
               johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Michael J. Graml    on behalf of Creditor Gregory D. Pamula mattorney@neo.rr.com,
               mjgraml@verizon.net
              Michael S. Jan Janin    on behalf of Debtor Michael George Perry, Jr. mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit
               Union npagliari@mijb.com,    sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
              Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A., ET.AL. pawb@fedphe.com
                                                                                                TOTAL: 10