IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10234TPA |
| | : | |
| MICHAEL GEORGE PERRY, JR., | : | THE HON. THOMAS P. AGRESTI |
|    Debtor | : | |
| | : | CHAPTER 13 |
| MICHAEL GEORGE PERRY, JR., | : | |
|    Movant | : | DOCUMENT NO. |
| | : | |
|    v. | : | DATE & TIME OF HEARING: Wednesday, |
| | : | June 12, 2019 at 9:30 a.m. |
| NO RESPONDENT | : | |
| | : | RESPONSES DUE: |
| | | May 17, 2019 |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION TO EMPLOY REALTOR (Document No. 31)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application to Employ Realtor filed April 30, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than May 17, 2019.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: May 20, 2019

                                        Respectfully submitted,

                                        QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                        KROTO, INC.

                                  BY:    /s/Michael S. JanJanin
                                              Michael S. JanJanin, Esquire
                                              PA Id. No. 38880
                                              The Quinn Law Firm
                                              2222 West Grandview Boulevard
                                              Erie, Pennsylvania  16506-4508
                                              Telephone: 814-833-2222
                                              Facsimile: 814-833-6753
                                              E-Mail: mjanjanin@quinnfirm.com
                                              Counsel for Debtor

#1207597