IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael George Perry, Jr.
*Debtor(s)*

: Case No: 19−10234
:
: Chapter: 13

## NOTICE OF PROOF OF CLAIM FILED BY DEBTOR/TRUSTEE

The TRUSTEE has filed a Proof of Claim on behalf of the following creditor:

| NAME | CLAIM NO. | AMOUNT |
|---|---|---|
| Stephanie A. Perry | 18 | $180,000.00 |

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

05/18/2019               By: /s/ ADI User

cc:  Creditor
     Debtor's Attorney
     Trustee
     Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael George Perry, Jr.  
    Debtor

Case No. 19-10234-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: admin      Page 1 of 1      Date Rcvd: May 20, 2019  
                       Form ID: pdfadint      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2019.  
db          +Michael George Perry, Jr.,   1140 Robison Road West,   Erie, PA 16509-4942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2019 at the address(es) listed below:

      James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
      John C. Melaragno, Trustee   on behalf of Interested Party John C. Melaragno, Trustee  
       johnm@mplegal.com,  
       jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com  
      John C. Melaragno, Trustee   johnm@mplegal.com,  
       jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com  
      Michael J. Graml   on behalf of Creditor Gregory D. Pamula mattorney@neo.rr.com,  
       mjgraml@verizon.net  
      Michael S. Jan Janin   on behalf of Debtor Michael George Perry, Jr. mjanjanin@quinnfirm.com,  
       knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com  
      Nicholas R. Pagliari   on behalf of Creditor   Tendto Credit Union, f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      T. Lawrence Palmer   on behalf of Creditor T. Lawrence Palmer   Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com  
      Thomas Song   on behalf of Creditor   WELLS FARGO BANK, N.A., ET.AL. pawb@fedphe.com  
                                                                                                                         TOTAL: 10