FILED
5/31/19 2:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **PERRY, JR.** TPA

Case Number: **19-10234**

Date of Meeting: **5/21/19**    Recording # **12**

Debtor(s) present ✓ or Not Present    (_ No Payments Made or ✓ partial payments)

Attorney for debtor(s) **Jan Janin** (Present ✓ or Not Present __)

Date of Plan at § 341: **3/28/19**    Applicable commitment period __ 3 yrs ✓ 5 yrs

Melavagno - ch 7 tee for
Grand for Pamula
Pagliari for Tend to Credit union

_____

Debtor currently paying DSO
APL $1400
All children are over 18

_____

All returns 2018 and before have been filed.

____ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
          ____ Order to Show Cause Requested
          ____ To be rescheduled by Clerk

✓ Confirmation Order recommended ____ Final ✓ Interim
____ Amended Plan due:_____ ; Objections due:_____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
   ____ 341 Meeting, OR ✓ Conciliation Conf. OR ____ *Contested Hearing
   On **10/15/19** at **3:00** am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee