UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| MICHAEL GEORGE PERRY, JR., | : BANKRUPTCY NO. 19-10234 TPA |
| Debtor. | : |
| | : CHAPTER 13 |
| MICHAEL GEORGE PERRY, JR., | : |
| | : RELATED TO DOCUMENT NO. 1 |
| Movant, | : |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Michael S. JanJanin, Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the Schedules.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY &
KROTO, INC.


BY:   /s/Michael S. JanJanin
        Michael S. JanJanin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania  16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        mjanjanin@quinnfirm.com
        Counsel for Debtor

#1220364

| Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA  17128-0946 | TENDTO Credit Union<br>f/k/a Erie Community Credit Union<br>1915 East 36th Street<br>Erie, PA 16510 |
|---|---|
| Wells Fargo Bank, N.A.<br>PHH Mortgage Corporation<br>1 Mortgage Way<br>Mail Stop SV-22<br>Mt. Laurel, NJ  08054 | Wells Fargo Bank, N.A.<br>Ocwen Loan Servicing LLC<br>P.O. Box 24605<br>West Palm Beach, FL  33416-4605 |
| Wells Fargo Bank, N.A.<br>d/b/a Wells Fargo Auto<br>P.O. Box 130000<br>Raleigh, NC  27605 | Internal Revenue Service<br>ATTN: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |

The following creditors should be deleted from the Mailing Matrix:

Erie Federal Credit Union
3503 Peach Street
Erie, PA 16508


Please note that the entirety of Schedules D, E, and F were amended due to the deletion of Erie Federal Credit Union from Schedule D and the deletion of TENDTO Credit Union from Schedule F only.  TENDTO Credit Union was moved to Schedule D.