UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| MICHAEL GEORGE PERRY, JR., | : BANKRUPTCY NO. 19-10234 TPA |
|     Debtor. | : |
| | : CHAPTER 13 |
| MICHAEL GEORGE PERRY, JR., | : |
| | : RELATED TO DOCUMENT NO. 18, 54, AND |
|     Movant, | : 57 |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that I served, or caused to be served, on the 12th day of July, 2019, a copy of the Notice of First Meeting of Creditors, Amendment to Schedules filed at Document No. 54, and Order dated July 10, 2019 upon each of the following persons and parties in interest at the address shown on the attached list.

                                                    Respectfully submitted,

                                                    QUINN, BUSECK, LEEMHUIS,
                                                    TOOHEY & KROTO, INC.

                    BY:    /s/Michael S. JanJanin
                                  Michael S. JanJanin, Esquire
                                  PA Id. No. 38880
                                  2222 West Grandview Boulevard
                                  Erie, Pennsylvania  16506-4508
                                  Telephone: 814-833-2222
                                  Facsimile: 814-833-6753
                                  E-Mail Address: mjanjanin@quinnfirm.com
                                  Counsel for Debtor

Dated: July 12, 2019

#1221371

The following parties received notification of the filing via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee (ustpregion03.pi.ecf@usdoj.gov) |
| Ronda J. Winnecour, Esquire (cmecf@chapter13trusteewdpa.com) |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA  17128-0946 | TENDTO Credit Union<br>f/k/a Erie Community Credit Union<br>1915 East 36th Street<br>Erie, PA 16510 |
| Wells Fargo Bank, N.A.<br>PHH Mortgage Corporation<br>1 Mortgage Way<br>Mail Stop SV-22<br>Mt. Laurel, NJ  08054 | Wells Fargo Bank, N.A.<br>Ocwen Loan Servicing LLC<br>P.O. Box 24605<br>West Palm Beach, FL  33416-4605 |
| Wells Fargo Bank, N.A.<br>d/b/a Wells Fargo Auto<br>P.O. Box 130000<br>Raleigh, NC  27605 | Internal Revenue Service<br>ATTN: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| Erie Federal Credit Union<br>3503 Peach Street<br>Erie, PA 16508 | |

#1221371