UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-10234-TPA |
| MICHAEL GEORGE PERRY, JR. | : | |
| | : | CHAPTER NO. 13 |
| DEBTOR | : | |
| | : | DOCUMENT NO. __ |
| JOHN C. MELARAGNO, TRUSTEE | : | |
| MOVANT | : | |
| | : | |
| VS. | : | RELATED DOCUMENT NO. 62 & 65 |
| | : | |
| MICHAEL GEORGE PERRY, JR. | : | |
| RONDA J. WINNECOUR, C. 13 TRUSTEE: | | |
| RESONDENTS | : | |

## CERTIFICATE OF SERVICE

I, JOHN C. MELARAGNO, Esquire, the undersigned, certify that I served or caused to be served, on July 18, 2019, a copy of the Order Scheduling Hearing, Motion for Extension of Time to File Objection to Discharge and Proposed Order , by first-class mail, postage pre-paid, electronic notification or as shown below on the following:

**Service by First-Class Mail**
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Stephanie A. Perry
125 E. 31st Street
Erie, PA 16504

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Michael George Perry, Jr.
1140 Robison Road West
Erie, PA 16509

**Service by Electronic Notification**
Michael S. Jan Janin, Esq.
mjanjanin@quinnfirm.com

Respectfully submitted,

Dated: July 17, 2019

MELARAGNO, PLACIDI & PARINI

BY:    /s/   John C. Melaragno
John C. Melaragno, Esq.
502 West Seventh Street
Erie, Pennsylvania 16502
johnm@mplegal.com
(814) 459-5557
PA I.D. # 80207