**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 19-<u> 10234 </u>-TPA |
| | : | (Chapter 13) |
| **MICHAEL GEORGE PERRY, JR.** | : | Judge Thomas P. Agresti |
| Debtor. | : | |
| **GREGORY D. PAMULA** | : | Document No. |
| Movant, | : | Related to Document No. |
| vs. | : | |
| **MICHAEL GEORGE PERRY, JR.** | : | |
| **and RONDA J. WINNECOUR, ESQ.** | : | |
| **Chapter 13 Trustee** | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF MOTION TO EXTEND TIME TO OBJECT**
**TO DISCHARGE/DISCHARGEABILITY PURSUANT TO 11 U.S.C. § 1328**

I certify under penalty of perjury that I served the Motion to Extend Time to Object to Discharge/Dischargeability pursuant to 11 U.S.C. § 1328, proposed Order of Court and Notice of Hearing on the parties at the addresses specified below or on the attached list on **July 23, 2019.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:                 **FIRST CLASS MAIL:**

Ronda J. Winnecour, Esq.                    Michael George Perry, Jr.
Office of the Chapter 13 Trustee            1140 Robison Road West
USX Tower, Suite 3250                       Erie, PA 16509
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

**ELECTRONIC NOTIFICATION**:

Michael S. JanJanin, Esq.
2222 West Grandview Blvd.
Erie, PA 16506-4508
mjanjanin@quinnfirm.com

John C. Melaragno, Esq.
Interim Trustee
502 West Seventh Street
Erie, PA 16502
johnm@mplegal.com

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  July 23, 2019                    /s/ MICHAEL J. GRAML
                                        MICHAEL J. GRAML, ESQ.
                                        Attorney for Movant
                                        714 Sassafras Street
                                        Erie, PA 16501
                                        (814) 459-8288
                                        PA I.D. No. 50220
                                        mattorney@neo.rr.com