IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 19-10234-TPA |
| MICHAEL GEORGE PERRY, JR. | : |
| | : CHAPTER NO. 13 |
| DEBTOR | : |
| | : DOCUMENT NO. |
| JOHN C. MELARAGNO, TRUSTEE | : |
| MOVANT | : |
| | : |
| VS. | : |
| | : RELATED DOCUMENT NO 62 & 65 |
| MICHAEL GEORGE PERRY, JR. | : |
| RONDA J. WINNECOUR, C. 13 TRUSTEE: | |
| RESONDENTS | : |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Motion for Extension of Time to File Objection to Discharge" filed on July 16, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the "Motion for Extension of Time to File Objection to Discharge" appears thereon. Pursuant to the Notice of Hearing, objections to the "Motion for Extension of Time to File Objection toDischarge" were to be filed and served no later than July 31, 2019.

It is hereby respectfully requested that the Order attached to the "Motion for Extension of Time to File Objection to Discharge" be entered by the Court.

Respectfully submitted,

MELARAGNO, PLACIDI & PARINI

Dated: August 1, 2019

BY:   /s/   John C. Melaragno
     John C. Melaragno, Esq.
     502 West Seventh Street
     Erie, Pennsylvania 16502
     johnm@mplegal.com
     (814) 459-5557
     (814) 459-6778 (fax)
     PA I.D. # 80207