**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19- 10234 -TPA |
| | : | (Chapter 13) |
| MICHAEL GEORGE PERRY, JR. | : | Judge Thomas P. Agresti |
| | : | |
| Debtor. | : | |
| | : | |
| GREGORY D. PAMULA | : | Document No. |
| | : | |
| Movant, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| MICHAEL GEORGE PERRY, JR. | : | |
| and RONDA J. WINNECOUR, ESQ. | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO**
**EXTEND TIME TO OBJECT TO DISCHARGE/DISCHARGEABILITY**
**PURSUANT TO 11 U.S.C. § 1328**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE/DISCHARGEABILITY PURSUANT TO 11 U.S.C. § 1328 filed and served July 23, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 5, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Dated:   August 6, 2019            /s/ MICHAEL J. GRAML
                                    MICHAEL J. GRAML, ESQ.
                                    Attorney for Debtor
                                    714 Sassafras Street
                                    Erie, PA 16501
                                    (814) 459-8288
                                    PA I.D. No. 50220
                                    mattorney@neo.rr.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 19-_10234_-TPA** |
| | : | (Chapter 13) |
| **MICHAEL GEORGE PERRY, JR.** | : | Judge Thomas P. Agresti |
| | : | |
| **Debtor.** | : | |
| | : | |
| **GREGORY D. PAMULA** | : | Document No. |
| | : | |
| **Movant,** | : | Related to Document No. |
| | : | |
| **vs.** | : | |
| | : | |
| **MICHAEL GEORGE PERRY, JR.** | : | |
| **and RONDA J. WINNECOUR, ESQ.** | : | |
| **Chapter 13 Trustee** | : | |
| | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE/DISCHARGEABILITY PURSUANT TO 11 U.S.C. § 1328**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **August 6, 2019.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:        **FIRST CLASS MAIL:**

Ronda J. Winnecour, Esq.             Michael George Perry, Jr.
Office of the Chapter 13 Trustee     1140 Robison Road West
USX Tower, Suite 3250                Erie, PA 16509
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

**ELECTRONIC NOTIFICATION**:

Michael S. JanJanin, Esq.
2222 West Grandview Blvd.
Erie, PA 16506-4508
mjanjanin@quinnfirm.com

John C. Melaragno, Esq.
Interim Trustee
502 West Seventh Street
Erie, PA 16502
johnm@mplegal.com

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  August 6, 2019                    /s/ MICHAEL J. GRAML
                                          MICHAEL J. GRAML, ESQ.
                                          Attorney for Movant
                                          714 Sassafras Street
                                          Erie, PA 16501
                                          (814) 459-8288
                                          PA I.D. No. 50220
                                          mattorney@neo.rr.com