IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>MICHAEL GEORGE PERRY, JR. | : <br> : <br> : | BANKRUPTCY NO. 19-10234-TPA <br><br> CHAPTER NO. 13 |
| DEBTOR | : <br> : <br> : | <br> DOCUMENT NO. __ |
| JOHN C. MELARAGNO, TRUSTEE<br>    MOVANT | : <br> : <br> : | |
| VS. | : <br> : <br> : | <br><br> RELATED DOCUMENT NO. <u>74</u> |
| MICHAEL GEORGE PERRY, JR.<br>RONDA J. WINNECOUR, C. 13 TRUSTEE:<br>    RESONDENTS | : <br> <br> : | |

## CERTIFICATE OF SERVICE

    I, JOHN C. MELARAGNO, 502 West Seventh Street, Erie, Pennsylvania 16502, certify that on August 7, 2019 I served by United States First Class Mail, postage prepaid, a copy of the "Order on Motion for Extension of Time to File Objection to Discharge" entered by Judge Thomas P. Agresti dated the 6th day of August, 2019 to the parties via electronic notification or at the addresses listed below, as specified:

    I certify under penalty of perjury that the foregoing is true and correct.

**Service by First-Class Mail**

U.S. Trustee's Office
Liberty Center
1001 Liberty Ave., Suite 970
Pittsburgh, PA 15222

Stephanie A. Perry
125 E. 31st Street
Erie, PA 16504

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Michael George Perry, Jr.
1140 Robison Road West
Erie, PA 16509

**Service by Electronic Notification**
Michael S. Jan Janin, Esq.
mjanjanin@quinnfirm.com

                    Respectfully submitted,

Dated: August 7, 2019                MELARAGNO, PLACIDI & PARINI
                                       BY:  /s/  John C. Melaragno
                                              John C. Melaragno, Esq.
                                              502 West Seventh Street
                                              Erie, Pennsylvania  16502
                                              johnm@mplegal.com
                                              (814) 459-5557
                                              (814) 459-6778 (fax)
                                              PA I.D. # 80207