UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | BANKRUPTCY NO. 19-10234-TPA |
| MICHAEL GEORGE PERRY, JR. : | |
| : | CHAPTER NO. 13 |
| DEBTOR : | |
| : | DOCUMENT NO. ___ |
| JOHN C. MELARAGNO, TRUSTEE : | |
| MOVANT : | |
| : | RELATED DOCUMENT NO. 62 |
| VS. : | |
| : | |
| MICHAEL GEORGE PERRY, JR. : | |
| RONDA J. WINNECOUR, C. 13 TRUSTEE: | |
| RESONDENTS : | |

### ORDER EXTENDING TIME TO FILE OBJECTION TO DISCHARGE

AND NOW, this __6th__ day of __August__, 2019, the Movant, John C. Melaragno, Chapter 7 Trustee in the matter of Stephanie A. Perry, Case No. 17-10438-TPA, having moved this Court for an Order extending time to file an Objection to Discharge as required by Bankruptcy Rule 4004(a) and on due notice to the U.S. Trustee and to Debtor and his counsel, and sufficient cause therefore having been shown, it is

ORDERED that the motion is hereby granted and the time to file Objections to Discharge as required by Bankruptcy Rule 4004(a) is extended to and including October 20, 2019.

BY THE COURT

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-10234-TPA
Michael George Perry, Jr.                                       Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: culy              Page 1 of 1            Date Rcvd: Aug 06, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
db             +Michael George Perry, Jr.,    1140 Robison Road West,    Erie, PA 16509-4942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General, Pennsylvania
               Department of Revenue akovalchick@attorneygeneral.gov
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A., ET.AL. pawb@fedphe.com
              John C. Melaragno, Trustee    on behalf of Interested Party John C. Melaragno, Trustee
               johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Michael J. Graml    on behalf of Creditor Gregory D. Pamula mattorney@neo.rr.com,
               mjgraml@verizon.net
              Michael S. Jan Janin    on behalf of Debtor Michael George Perry, Jr. mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
              Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit
               Union npagliari@mijb.com,    sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A., ET.AL. pawb@fedphe.com
                                                                                             TOTAL: 11