**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 19-10234TPA |
| | : | |
| MICHAEL GEORGE PERRY, JR., | : | HON. THOMAS P. AGRESTI |
| Debtor | : | |
| | : | CHAPTER 13 |
| MICHAEL GEORGE PERRY, JR., | : | |
| Movant | : | DATE AND TIME OF HEARING: |
| | : | Wednesday, October 23, 2019 at 9:30 a.m. |
| v. | : | |
| | : | RESPONSES DUE: |
| NO RESPONDENT | : | October 3, 2019 |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO DISMISS (Document No. 79)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Dismiss filed September 16, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than October 3, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 4, 2019

                                                Respectfully submitted,

                                                QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                                KROTO, INC.


                                                BY:    /s/Michael S. JanJanin
                                                           Michael S. JanJanin, Esquire
                                                           PA Id. No. 38880
                                                           The Quinn Law Firm
                                                           2222 West Grandview Boulevard
                                                           Erie, Pennsylvania 16506-4508
                                                           Telephone: 814-833-2222
                                                           Facsimile: 814-833-6753
                                                           E-Mail: mjanjanin@quinnfirm.com
                                                           Counsel for Debtor

#1243668