Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michael George Perry Jr.** | : | Case No. 19−10234−TPA |
| *Debtor(s)* | : | Chapter: 13 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 9th of October, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-10234-TPA
Michael George Perry, Jr.                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 3              Date Rcvd: Oct 09, 2019
                              Form ID: 309            Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
```
db             +Michael George Perry, Jr.,    1140 Robison Road West,    Erie, PA 16509-4942
sp             +James L Moran,    3939 West Ridge Road,    Suite B-27,    Erie, PA 16506-1883
cr             +Office of Attorney General, Pennsylvania Departmen,    Office of Attorney General,
                 5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
r              +Peter Mitchell,    Passport Realty,    2930 West 22nd St., Ste. 102,    Erie, PA 16506-2302
cr             +Tendto Credit Union, f/k/a Erie Community Credit U,    1915 East 36th Street,
                 Erie, PA 16510-2663
15010060       +AES,    P.O. Box 61047,    Harrisburg, PA 17106-1047
15024938       +David J. Apothaker, Esquire,    520 Fellowship Road C306,    P.O. Box 5496,
                 Mount Laurel, NJ 08054-5496
15024939       +Diversified Adjustment,    600 Coon Rapids Blvd. NW,    Coon Rapids, MN 55433-5549
15024940       +Erie County Adult Probation,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
15010061       +Erie County Tax Claim Bureau,    Erie County Courthouse,    140 West Sixth Street,    Room 110,
                 Erie, PA 16501-1029
15010063       +Gary V. Skiba, Esquire,    345 West Sixth Street,    Erie, PA 16507-1244
15010064       +Gregory D. Pamula,    1101 Hillborn Avenue,    Erie, PA 16505-4141
15010065       +Gregory L. Heidt, Esquire,    150 East Eighth Street,    Suite 1,    Erie, PA 16501-1270
15010067       +James L. Moran, Esquire,    3939 W. Ridge Road,    B27,    Erie, PA 16506-1883
15010068       +John C. Melaragno, Esquire,    502 West Seventh Street,    Erie, PA 16502-1333
15024949       +Liberty Mortgage Corporation,    3818 Liberty Street,    Erie, PA 16509-1473
15052086        M&T Bank,    PO Box 1508,    Buffalo NY 14240-1508
15010071        M&T Bank,    P.O. Box 619063,    Dallas, TX 75261-9063
15010073        M&T Bank Lending Services,    Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
15024955       +Michael Camesi,    8657 Perry Highway,    Erie, PA 16509-5535
15025730       +Michael Camesi,    c/o Philip Friedman, Esq.,    17 W. 10th St.,    Erie, PA 16501-1401
15024956       +Michael J. Graml, Esquire,    714 Sassafras Street,    Erie, PA 16501-1010
15024957        Mortgage Electronic Registration,    Systems, Inc.,    P.O. Box 2026,    Flint, MI 48501-2026
15019699       +National Collegiate Student Loan Trust 2006-3,    Po Box 4275,    Norcross, GA 30091-4275
15024959        Ocwen,    P.O. Box 26646,    West Palm Beach, FL 33416
15024960        Ocwen Loan Servicing,    P.O. Box 660264,    Dallas, TX 75266-0264
15024961       +Ocwen Loan Servicing LLC,    Box #660264,    1010 West Mockingbird Lane,    Suite 100,
                 Dallas, TX 75247-5126
15025682       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
15024964       +PHEAA,    P.O. Box 61047,    Harrisburg, PA 17106-1047
15010075        Perry & Pamula, Inc.,    430 Cascade Street,    Erie, PA 16507
15010076       +Philip B. Friedman, Esquire,    17 West Tenth Street,    Erie, PA 16501-1401
15024966       +Rebecca Solarz, Esquire,    KML Law Group,    Mellon Independence Center,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15010077       +Stephanie A. Perry,    1129 Brown Avenue,    2nd Floor,    Erie, PA 16502-2322
15083229       +TENDTO Credit Union,    f/k/a Erie Community Credit Union,    1915 East 36th Street,
                 Erie, PA 16510-2663
15024968       +Tendto Credit Union,    1129 State Street,    Erie, PA 16501-1911
15034101       +Tendto Credit Union,    f/k/a Erie Community Credit Union,
                 c/o Carol F. Messenger, Payment Solution,    1915 East 36th Street,    Erie, PA 16510-2663
15024969       +Travis Lewis,    1631 West 21st Street,    Erie, PA 16502-2118
15048475        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15054881       +WELLS FARGO BANK, N.A., et.al.,    PHH MORTGAGE CORPORATION,    1 MORTGAGE WAY, MAIL STOP SV-22,
                 MT. LAUREL NJ 08054-4637
15024974       +WMC Mortgage Corp.,    P.O. Box 54089,    Los Angeles, CA 90054-0089
15024976       +WMC Mortgage Corporation,    1 Ramland Road,    Orangeburg, NY 10962-2627
15024975        WMC Mortgage Corporation,    6321 Canoga Avenue,    10th Floor,    Woodland Hills, CA 91367
15047196        Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000 Raleigh, NC 27605
15083230       +Wells Fargo Bank, N.A.,    PHH Mortgage Corporation,    1 Mortgage Way,    Mail Stop SV-22,
                 Mt. Laurel, NJ 08054-4637
15083232       +Wells Fargo Bank, N.A.,    d/b/a Wells Fargo Auto,    P.O. Box 130000,    Raleigh, NC 27605-1000
15083231        Wells Fargo Bank, N.A.,    Ocwen Loan Servicing LLC,    P.O. Box 24605,
                 West Palm Beach, FL  33416-4605
15042537        Wells Fargo Bank, N.A., et.al.,    OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
intp           +E-mail/Text: jmelaragno@iq7technology.com Oct 10 2019 03:19:25      John C. Melaragno, Trustee,
                 502 West 7th Street.,    Erie, PA 16502-1333
15024936       +E-mail/Text: bankruptcy@cavps.com Oct 10 2019 03:18:49      Cavalry SPV I LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
15024937        EDI: CHASE.COM Oct 10 2019 06:53:00      Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
15052134        EDI: DIRECTV.COM Oct 10 2019 06:53:00      Directv, LLC,    by American InfoSource as agent,
                 PO Box 5008,    Carol Stream, IL  60197-5008
15010066        EDI: IRS.COM Oct 10 2019 06:53:00      Internal Revenue Service,
                 ATTN: Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
15056067        E-mail/Text: camanagement@mtb.com Oct 10 2019 03:17:45      M&T Bank,    P.O Box 840,
                 Buffalo, NY 14240-0840
```

```
District/off: 0315-1           User: jmar                  Page 2 of 3                   Date Rcvd: Oct 09, 2019
                               Form ID: 309                Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15010072          E-mail/Text: camanagement@mtb.com Oct 10 2019 03:17:45       M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
15010069          E-mail/Text: camanagement@mtb.com Oct 10 2019 03:17:45       M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
15010070          E-mail/Text: camanagement@mtb.com Oct 10 2019 03:17:45       M&T Bank,    P.O. Box 900,
                 Millsboro, DE 19966
15024958         +E-mail/Text: Bankruptcy@natfuel.com Oct 10 2019 03:18:28      National Fuel,    1100 State Street,
                 P.O. Box 2081,    Erie, PA 16512-2081
15010074          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:18:22      Pa. Dept. of Revenue,
                 Dept. 280946,    Harrisburg, PA 17128-0946
15031711          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:18:22
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.   17128-0946
15024970         +EDI: VERIZONCOMB.COM Oct 10 2019 06:53:00       Verizon,    P.O. Box 650584,
                 Dallas, TX 75265-0584
15050133          EDI: AIS.COM Oct 10 2019 06:53:00       Verizon,    by American InfoSource as agent,    PO Box 4457,
                 Houston, TX   77210-4457
15024971         +EDI: VERIZONCOMB.COM Oct 10 2019 06:53:00       Verizon Wireless,    P.O. Box 650051,
                 Dallas, TX 75265-0051
15024972         +EDI: WFFC.COM Oct 10 2019 06:53:00       Wells Fargo Dealer Services,    P.O. Box 1697,
                 Winterville, NC 28590-1697
15010078         +E-mail/Text: collections@widgetfinancial.com Oct 10 2019 03:18:28
                 Widget Federal Credit Union,    2154 East Lake Road,    Erie, PA 16511-1140
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Gregory D. Pamula
cr              M&T BANK
cr              WELLS FARGO BANK, N.A., ET.AL.
aty*           +John C. Melaragno, Trustee,    502 West 7th Street.,    Erie, PA 16502-1333
15024935*      +AES,    P.O. Box 61047,    Harrisburg, PA 17106-1047
15027410*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15024941*      +Erie County Tax Claim Bureau,    Erie County Courthouse,    140 West Sixth Street,    Room 110,
                Erie, PA 16501-1029
15024943*      +Gary V. Skiba, Esquire,    345 West Sixth Street,    Erie, PA 16507-1244
15024944*      +Gregory D. Pamula,    1101 Hillborn Avenue,    Erie, PA 16505-4141
15024945*      +Gregory L. Heidt, Esquire,    150 East Eighth Street,    Suite 1,    Erie, PA 16501-1270
15083233*       Internal Revenue Service,    ATTN: Centralized Insolvency Operations,    P.O. Box 7346,
                Philadelphia, PA  19101-7346
15024946*       Internal Revenue Service,    ATTN: Centralized Insolvency Operations,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
15024947*      +James L. Moran, Esquire,    3939 W. Ridge Road,    B27,    Erie, PA 16506-1883
15024948*      +John C. Melaragno, Esquire,    502 West Seventh Street,    Erie, PA 16502-1333
15024953*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court:  M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288)
15024950*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court:  M&T Bank,    P.O. Box 62182,    Baltimore, MD 21264-2182)
15024951*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court:  M&T Bank,    P.O. Box 900,    Millsboro, DE 19966)
15024952*       M&T Bank,    P.O. Box 619063,    Dallas, TX 75261-9063
15024954*       M&T Bank Lending Services,    Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
15083228*       Pa. Dept. of Revenue,    Dept. 280946,    Harrisburg, PA  17128-0946
15024962*       Pa. Dept. of Revenue,    Dept. 280946,    Harrisburg, PA 17128-0946
15024963*       Perry & Pamula, Inc.,    430 Cascade Street,    Erie, PA 16507
15024965*      +Philip B. Friedman, Esquire,    17 West Tenth Street,    Erie, PA 16501-1401
15024967*      +Stephanie A. Perry,    1129 Brown Avenue,    2nd Floor,    Erie, PA 16502-2322
15024973*      +Widget Federal Credit Union,    2154 East Lake Road,    Erie, PA 16511-1140
                                                                                    TOTALS: 3, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                      Signature:   /s/Joseph Speetjens

```
District/off: 0315-1          User: jmar              Page 3 of 3           Date Rcvd: Oct 09, 2019
                              Form ID: 309            Total Noticed: 64
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General, Pennsylvania
               Department of Revenue akovalchick@attorneygeneral.gov
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A., ET.AL. pawb@fedphe.com
              John C. Melaragno, Trustee    on behalf of Interested Party John C. Melaragno, Trustee
               johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              John C. Melaragno, Trustee     johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Michael J. Graml    on behalf of Creditor Gregory D. Pamula mattorney@neo.rr.com,
               mjgraml@verizon.net
              Michael S. Jan Janin    on behalf of Debtor Michael George Perry, Jr. mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit
               Union npagliari@mijb.com,    sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Thomas   Song    on behalf of Creditor    WELLS FARGO BANK, N.A., ET.AL. pawb@fedphe.com
                                                                                               TOTAL: 11
```