**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MICHAEL GEORGE PERRY, JR. <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:19-10234 TPA <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/13/2019 and confirmed on 05/24/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 16,000.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 858.32 | |
|    Trustee Fee | 584.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,442.32 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* <br>     Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ERIE FEDERAL CREDIT UNION(*) <br>     Acct: | 7,000.00 | 0.00 | 0.00 | 0.00 |
|   M & T BANK <br>     Acct: 3082 | 0.00 | 6,414.52 | 0.00 | 6,414.52 |
|   WELLS FARGO BANK NA - TRUSTEE <br>     Acct: 7388 | 0.00 | 3,906.33 | 0.00 | 3,906.33 |
|   TENDTO CREDIT UNION <br>     Acct: 7004 | 6,921.97 | 493.94 | 399.51 | 893.45 |
|   WELLS FARGO BANK NA - TRUSTEE <br>     Acct: 7388 | 5,925.20 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE* <br>     Acct: 0124 | 22,809.07 | 0.00 | 0.00 | 0.00 |
|   M & T BANK <br>     Acct: 3082 | 1,817.36 | 0.00 | 0.00 | 0.00 |
|   ERIE COUNTY TAX CLAIM BUREAU* <br>     Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-10234 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| M & T BANK<br>Acct: 5201 | 22,211.73 | 1,393.55 | 963.18 | 2,356.73 |
| MICHAEL CAMESI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA - TRUSTEE<br>Acct: 5956 | 12,387.27 | 46.88 | 939.77 | 986.65 |
| WELLS FARGO BANK NA D/B/A WELLS FA<br>Acct: 3303 | 585.72 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA - TRUSTEE<br>Acct: 5956 | 570.72 | 0.00 | 0.00 | 0.00 |
| | | | | 14,557.68 |
| **Priority** | | | | |
| MICHAEL S JAN JANIN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL GEORGE PERRY, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| QUINN BUSECK LEEMHUIS ET AL<br>Acct: | 1,000.00 | 858.32 | 0.00 | 0.00 |
| ERIE COUNTY ADULT PROBATION<br>Acct: | 2,379.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 8444 | 19,419.92 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8444 | 19,680.59 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 5204 | 5,045.08 | 0.00 | 0.00 | 0.00 |
| CHASE CARD SERVICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GREGORY D. PAMULA<br>Acct: | 56,512.00 | 0.00 | 0.00 | 0.00 |
| GREGORY L. HEIDT, ESQUIRE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES MORAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PERRY AND PAMULA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHEAA(*)<br>Acct: 8444 | 899.17 | 0.00 | 0.00 | 0.00 |
| STEPHANIE PERRY/BKRPTCY ESTATE OF<br>Acct: | 180,000.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 60.86 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 647.09 | 0.00 | 0.00 | 0.00 |
| WIDGET FINANCIAL**<br>Acct: 8930 | 507.05 | 0.00 | 0.00 | 0.00 |
| NATIONAL COLLEGIATE STUDENT LOAN TI<br>Acct: 8444 | 5,762.57 | 0.00 | 0.00 | 0.00 |
| NATIONAL COLLEGIATE STUDENT LOAN TI<br>Acct: 8444 | 5,362.98 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| MICHAEL J GRAML ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMMONWEALTH OF PENNSYLVANIA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS SONG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICHOLAS R PAGLIARI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LIBERTY MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| APOTHAKER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY SKIBA ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN C MELARAGNO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL J GRAML ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONAL FUEL GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRAVIS LEWIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 4,612.36 | 0.00 | 0.00 | 0.00 |
| Acct: 8444 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 878.33 | 0.00 | 0.00 | 0.00 |
| Acct: 6307 | | | | |
| UPMC HEALTH SERVICES | 903.97 | 0.00 | 0.00 | 0.00 |
| Acct: 8444 | | | | |
| INTERNAL REVENUE SERVICE* | 6,856.07 | 0.00 | 0.00 | 0.00 |
| Acct: 8444 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURCE | 327.74 | 0.00 | 0.00 | 0.00 |
| Acct: 6181 | | | | |
| M & T BANK | 1.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5201 | | | | |
| STEPHANIE A PERRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELLS FARGO DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                            14,557.68

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 41,479.51 |
| SECURED | 80,229.04 |
| UNSECURED | 268.376.27 |

Date: 11/15/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com